**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Elizabeth B. WALLACE, Executrix under the Last Will and Testament of Emma A. Miller, Deceased, Respondent.**

**No. 362.**

Circuit Court of Appeals, Second Circuit.

June 4, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and John MacC. Hudson, Sp. Assts. to Atty. Gen., for petitioner.

Cedric A. Major and Vernon C. Ryder, both of New York City, for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Affirmed on the authority of McCormick v. Burnet, Commissioner, 283 U. S. 784, 51 S. Ct. 343, 75 L. Ed. 1413, and May v. Heiner, 281 U. S. 238, 50 S. Ct. 286, 74 L. Ed. 826, 67 A. L. R. 1244.

**John Ross COOPER v. Fred G. ZERBST Warden of the United States Penitentiary, Leavenworth, Kansas.**

**No. 1093.**

Circuit Court of Appeals, Tenth Circuit.

May 15, 1934.

Walter T. Chaney, of Topeka, Kan., for appellant.

S. S. Alexander, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.